# EXHIBIT A

Sign up for 10% off your next item

**NETGEAR**   HOME SOLUTIONS   BUSINESS SOLUTIONS

Business / WiFi / Access Points / WAC740



Premium Wireless (WAC740)

# 802.11ac 4x4 Wave 2 Wireless Access Point

(0)   Write A Review

NETGEAR Premium Business 802.11ac 4 x 4 Wave 2 Wireless Access Point, purposely designed for enterprises requiring high density and superior performance. The NETGEAR® Premium Business 802.11ac 4 x 4 Wave 2 Wireless Access Point (AP) delivers high performance with maximum client density for enterprises requiring ubiquitous and reliable wireless for all business applications. The WAC740 is a controller managed Access Point with ease of centralized management with all NETGEAR wireless controllers from small (WC7500) to mid-size (WC7600) and large-size (WC9500) deployment. The WAC740 operates with Multi-User MIMO and can achieve speeds up to 600 Mbps for 2.4 GHz and 1.7 Gbps at 5 GHz. The WAC740 is Power over Ethernet enabled and comes with 2 Ethernet ports, including one Multi-Gig port that can handle up to 2.5 Gbps of throughput, enabling a single wire to connect to Multi-Gig capable switch for ease of wiring installation.

    



## Features

**PERFORMANCE**   EASE OF USE

**High performance and superior coverage**
Dual band concurrent operation between 2.4GHz and 5GHz frequency ranges
Maximum performance with multi-gigabit throughput (up to 2.3 Gbps)

**Maximize capacity with Multi-user MIMO support**
Enable concurrent wireless transmit and receive with multiple clients
Improves coverage for multiple users in dense environment

[ Product Datasheet ]

## Technical Specifications






