# EXHIBIT B

# NETGEAR®

## Premium 4x4 Dual Band 802.11ac Wave 2 Access Point

Data Sheet

WAC740



### 4x4 business class dual band 802.11ac

The NETGEAR® Premium 802.11ac 4x4 Wave 2 Wireless Access Point (AP) delivers high performance with maximum client density for enterprises requiring ubiquitous and reliable wireless for all business applications. The WAC740 is a controller managed Access Point with ease of centralized management with all NETGEAR wireless controllers from small (WC7500) to mid-size (WC7600) and large-size (WC9500) deployment. The WAC740 comes with 2 ports, including a 802.3at PoE+ multi-gigabit port that can handle up to 2.5Gbps of throughput, enabling a single wire to connect to a 2.5Gbps capable switch for ease of wiring installation.

## Product Highlights

- Features 802.11ac Wave 2 technology providing a theoretical aggregate throughput of 2.3Gbps—roughly double the rates offered by today's high-end 802.11ac access points
- Reliable wireless coverage with 4 streams of data based on 4x4 (Transmit and Receive) optimized internal antennas
- Multi-user MIMO (MU-MIMO) increases efficiency and capacity – enabling clients to utilize the RF spectrum much more efficiently by allowing multiple-AP-to client transmissions, beamforming, wider bandwidth, and improved encoding
- AirQual feature enables spectrum analysis and interference identification
- Centrally managed by Wireless Controllers
- 2.5GBASE-T Multi-Gigabit support eliminates bottlenecks associated with standard Gigabit Ethernet (NBASE-T switch required to obtain speeds higher than 1Gbps w/ a single port)

## Features

- MU-MIMO maximizes the use of wireless medium for delivery of high throughput content
- Compact and elegant design stylishly blends into the environment
- Concurrent operation in 2.4GHz (600Mbps) and 5GHz (1.7Gbps) for maximum wireless throughput
- Backward compatibility with 802.11a, 802.11b, 802.11g, and 802.11n network devices

- Integrated 802.3at Power over Ethernet (PoE+) lowers deployment costs
- Controller managed by WC7500, WC7600 and WC9500 allowing centralized management up to 600 Access Points in a cluster of controllers.
- Business-class security features include WPA, WPA2, rogue AP detection and 802.1x with RADIUS support
- Easy mounting mechanism for quick wall or ceiling installation

- Internal antennas factory-optimized for maximum RF performance
- Antenna take-offs enable optional accessory antenna attachment for 2.4GHz and/or 5GHz operations
- AirQual monitors Wi-Fi channel utilization on the network, identify sources of interference. Log alerts on channel quality drop or overload

  

LIFETIME Hardware Warranty | LIFETIME Next Business Day | LIFETIME Tech Support

# NETGEAR®

## Premium 4x4 Dual Band 802.11ac Wave 2 Access Point

Data Sheet

WAC740

### Target Applications





*NETGEAR AirQual feature provides at-a-glance view of the RF environment with channel utilization and interference around the WAC740.*

# NETGEAR®

## Premium 4x4 Dual Band 802.11ac Wave 2 Access Point
Data Sheet

WAC740

### Product Features

| Features | WAC505 | WAC510 | WAC720 | WAC730 | WAC740 |
|---|---|---|---|---|---|
| Frequency | 2.4GHz and 5GHz | 2.4GHz and 5GHz | 2.4GHz and 5GHz | 2.4GHz and 5GHz | 2.4GHz and 5GHz |
| Wireless Mode (Transmit x Receive) | 802.11ac (2x2) | 802.11ac (2x2) | 802.11ac (2x2) | 802.11ac (3x3) | 802.11ac (4x4) |
| 802.11ac Wave | Wave 2 | Wave 2 | Wave 1 | Wave 1 | Wave 2 |
| Multi-User MIMO | Yes | Yes | No | No | Yes |
| Maximum Theoretical Throughput | 1.2Gbps AC1200 | 1.3Gbps AC1300 | 1.2Gbps AC1200 | 1.7Gbps AC1700 | 2.3Gbps AC2300 |
| Maximum Throughput (2.4/5GHz) | 300/867Mbps (2.4/5GHz) | 400/867Mbps (2.4/5GHz) | 300/867Mbps (2.4/5GHz) | 450/1300Mbps (2.4/5GHz) | 600/1700Mbps (2.4/5GHz) |
| Power over Ethernet (PoE) IEEE 802.3af | Yes | Yes | Yes | Yes | Yes, PoE+ |
| PoE Power Consumption | 8.9 Watts | 9.3 Watts | 11.0 Watts | 12.9 Watts | 17.9 Watts |
| Centralized Management | Insight App, Standalone | Insight App, Standalone | Quad Mode Management (Standalone, Ensemble™, Controller, and Business Central) | Quad Mode Management (Standalone, Ensemble™, Controller, and Business Central) | Controller |
| SNMP | v1, v2c | v1, v2c | v1, v2c | v1, v2c | v1, v2c |
| Secure SSH | Yes | Yes | Yes | Yes | Yes |
| Secure Socket Layer (SSL) | Yes | Yes | Yes | Yes | Yes |
| Router Mode | No | Yes | No | No | No |
| **Wireless Distribution System (WDS)** | | | | | |
| Repeater | Yes | Yes | Yes | Yes | No |
| Bridge point-to-point/multi-point | Yes | Yes | Yes | Yes | No |
| Simultaneous bridge & wireless client association | Yes | Yes | Yes | Yes | No |
| Antenna | Internal 3/4dBi (2.4/5GHz) | Internal 3/5dBi (2.4/5GHz) | Internal 5/6dBi (2.4/5GHz) Three (3) External reverse SMA connectors for 2.4/5GHz antennas | Internal 5/6dBi (2.4/5GHz) Two (2) External reverse SMA connectors for 2.4/5GHz antennas | Internal 5/6dBi (2.4/5GHz) four (4) External reverse SMA connectors for 2.4/5GHz antennas |
| **Security** | | | | | |
| WiFi Protected Access (WPA/WPA2), 802.11i | Yes | Yes | Yes | Yes | Yes |
| MAC address filtering with access control | Yes | Yes | Yes | Yes | Yes |
| 802.1x RADIUS support with EAP TLS, TTLS, PEAP | Yes | Yes | Yes | Yes | Yes |
| Rogue AP detection | Yes | Yes | Yes | Yes | Yes |
| Block SSID Broadcast | Yes | Yes | Yes | Yes | Yes |
| VLAN Support | Yes | Yes | Yes | Yes | Yes |
| Guest Network/Captive Portal | Yes | Yes | Yes | Yes | Yes |
| Accepts external antennas | No | No | Yes | Yes | Yes |
| Easy ceiling mounting/wall mouting | Yes | Yes | Yes | Yes | Yes |
| Bandwidth management | Yes | Yes | Yes | Yes | Yes |
| Bonjour Gateway | No | No | Yes | Yes | Yes |
| Link Layer Discovery Protocol | Yes | Yes | Yes | Yes | Yes |
| Bandsteering | Yes | Yes | Yes | Yes | Yes |

# NETGEAR®

## Premium 4x4 Dual Band 802.11ac Wave 2 Access Point
Data Sheet

WAC740

## Technical Specifications

### Physical Interfaces

**Two Ports**
- One (1) 10/100/1000/2500BASE-T Gigabit Ethernet (RJ-45) port with Auto Uplink™ (Auto MDI-X) and IEEE 802.3at Power over Ethernet (PoE+) support
- One (1) 10/100/1000BASE-T Gigabit Ethernet (RJ-45) port with Auto Uplink™ (Auto MDI-X)
- Static link aggregation (LAG) support for redundancy and aggregate throughput exceeding 1Gbps
- Power adapter (not included): 12V DC, 2.5A; plug is localized to country of sale
- One (1) console port with RJ45 Interface
- Four (4) reverse SMA antenna connectors for dual band 2.4 and 5GHz external antennas (not included)
- Five (5) LED: Power, Link/ACT, LAN, 2.4GHz, 5GHz

### Physical Specifications
- Physical Dimensions (W x D x H): 197 x 197 x 40mm (7.76 x 7.76 x 1.57in)
- Weight: 726g (1.6lb) U.S and Canada

### Package Contents
- Premium Dual Band Wireless-AC Access Point (WAC740)
- Ethernet cable
- Ceiling and wall mount kit
- Installation guide

### Accessories
Power Adapters with plug localized to country of sales
- PAV12V-100AUS (for Australia)
- PAV12V-100EUS (for Europe, Outside of UK)
- PAV12V-100NAS (for North America)
- PAV12V-100PRS (for China)
- PAV12V-100UKS (for UK)

### NETGEAR Warranty*
- NETGEAR ProSAFE® Lifetime Hardware Warranty.
- ProSUPPORT™ Lifetime Chat Technical Support (Remote diagnostics performed by our technical experts for prompt resolution of technical issues).
- ProSUPPORT 90 days (24/7) Live Phone Technical Support during business hours.
- Lifetime Next Business Day (NBD) Hardware replacement (See http://onsite.netgear.com for coverage, availability and terms and conditions).

### Ordering Information
- **WAC740-10000S**: Everywhere except US and Canada
- **WAC740-100NAS**: US and Canada
- **PAV12V-100NAS:** US and Canada
- **PAV12V-100UKS**: UK
- **PAV12V-100EUS**: Europe except UK
- **PAV12V-100PRS**: China
- **PAV12V-100AUS:** Australia and New Zealand

---

\* This product comes with a lifetime warranty that is valid only if purchased from a NETGEAR authorized reseller, and modifications to product may void the warranty—not software or external power supplies; see http://www.netgear.com/about/warranty/ for details. Lifetime technical support includes basic phone support for 90 days from purchase date and lifetime online chat support when purchased from a NETGEAR authorized reseller. This product was tested for quality and its components may be recycled. For indoor use only.

NETGEAR, the NETGEAR logo, ProSUPPORT and ProSAFE are trademarks and/or registered trades of NETGEAR, Inc. and/or its subsidiaries in the United States and/or other countries. Other brand names mentioned herein are for identification purposes only and may be trademarks of their respective holder(s). Information is subject to change without notice.
© 2018 NETGEAR, Inc. All rights reserved.

D-WAC740-4