# EXHIBIT G



**Multi-User MIMO Technology Explained (MU-MIMO) | NETGEAR Nighthawk WiFi Routers**

101,210 views · Oct 1, 2015

👍 495   👎 18   SHARE   SAVE   ⋯

 NETGEAR
55.1K subscribers

SUBSCRIBE

Learn more about NETGEAR Nighthawk Routers: http://bit.ly/2aQXlVd

Data Rate Test Station Details:
SHOW MORE

18 Comments   SORT BY

Add a public comment...

**Robotic Nerd** 3 years ago
My old computer won't even recognize a router with mu-mimo turned on LOL.
👍 1   👎   REPLY

**Jake** 3 years ago
One thing to note is that if your devices connected don't support MU-MIMO, it won't make a difference
👍 31   👎   REPLY
View reply

do you have an AP that is MU-MIMO with no router? or do I need to buy a Nighthawk Router and put into AP mode? I have a Custome Router with Customer firmware, and just need better WiFI and really need MU-MIMO.
👍   👎   REPLY

 **JPFX** 3 years ago (edited)
Is there any difference between Traditional router setup you explained in this video and SU - MIMO (Single User - MIMO)?
👍   👎   REPLY
View reply

 **Kennedy Espinosa** 1 year ago
I have this  off by default, I have a lot devices, would that slow my network?
👍   👎   REPLY

 **Unknow Wolf** 🐺🐺 1 year ago
I have a TPLINK AX1500 router has MU-MINO my BEC 6300NEL RIDGEWAVE R15 dont have those Features
👍   👎   REPLY

 **Logan Braveheart** 2 years ago
i like mimo but i wont be getting a netgear
👍 3   👎   REPLY
View reply

 **StuFFed** 2 years ago
I NEEEEED MUUUUUUUUUUUU MIIIIIIMOOOOOOOOOOOOOO!!!!!
👍 6   👎   REPLY

 **Joshua Montano** 10 months ago
My-mo. I thought it was mee-mo.
👍 1   👎   REPLY

 **Alrey M** 3 years ago

---

 **MU-MIMO Explained**
PowerCert Animated Videos ✓
145K views · 9 months ago

 **Wi-Fi 6, Why it's the BIGGEST update to Wi-Fi EVER! -...**
NetworkChuck ✓
705K views · 2 years ago

 **Upgrading our WORST WiFi Setup - NETGEAR Nighthawk...**
Linus Tech Tips ✓
3.1M views · 2 years ago

 **Tesla Turbine | The interesting physics behind it**
Lesics
9.2M views · 2 weeks ago

 **How to buy Wi-Fi routers April 2021 and For Future proof....**
Amardeep R. Meena
47K views · 2 months ago

 **How To Connect Two Routers On One Home Network Using...**
Richard Lloyd
3.9M views · 3 years ago

 **Port Forwarding Explained**
PowerCert Animated Videos ✓
3.6M views · 4 years ago

 **Get Faster WiFi with OLD Routers??**
Linus Tech Tips ✓
1.2M views · 2 years ago

 **What is the difference between SU-MIMO and MU-MIMO? WI...**
Wyne Tech Bytes
178 views · 2 months ago

 **Is Your Router LYING To You? - MU-MIMO Explained**
Techquickie ✓
391K views · 1 year ago

 **Sony MiniDisc: The (Not) Forgotten Format That...**
This Does Not Compute ✓
645K views · 2 weeks ago

 **TP-Link Wi-Fi Routers | What is MU-MIMO Technology?**
TP-Link
76K views · 5 years ago

 **2.4 GHz vs 5 GHz WiFi: What is the difference?**
PowerCert Animated Videos ✓
2.9M views · 2 years ago

 **Use an Old WiFi Router as Repeater, Wifi Extender,...**
Torogi Pro
4M views · 2 years ago

 **Cable vs DSL vs Fiber Internet Explained**
PowerCert Animated Videos ✓
1.4M views · 2 years ago

 **How does an Antenna work? | ICT #4**
Lesics
3.2M views · 2 years ago

 **Upgrade Your Router by Adding a Network Switch**
Tech With Brett ✓
386K views · 6 months ago

 **Wireless Access Point vs Wi-Fi Router**
PowerCert Animated Videos ✓
622K views · 1 year ago

 **What Router Settings Should You Change?**
Techquickie ✓
3.4M views · 3 years ago

**Netgear Nighthawk AC1900 a Scam? My Review**
Review Nation
79K views · 3 years ago

**WiFi (Wireless) Password Security - WEP, WPA, WPA2,...**
PowerCert Animated Videos ✓