# EXHIBIT J



























