# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC <br> D/B/A BRAZOS LICENSING <br> AND DEVELOPMENT, <br> <br> Plaintiff, <br> <br> v. <br> <br> NETGEAR, INC., <br> <br> Defendant. | C.A. No. 1:21-cv-01117-UNA <br> <br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, ThucMinh Nguyen, Jack Shaw, Paul G. Williams, and Shelley Ivan of Kasowitz Benson Torres LLP to represent Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development in the above-captioned actions.

1

| | |
|---|---|
| Dated:  August 2, 2021 | Respectfully submitted, |
| | DEVLIN LAW FIRM LLC |
| OF COUNSEL: | |
| | */s/ James M. Lennon* |
| Jonathan K. Waldrop | James M. Lennon (No. 4570) |
| Darcy L. Jones | 1526 Gilpin Avenue |
| Marcus A. Barber | Wilmington, DE 19806 |
| John W. Downing | (302) 440-9010 |
| Heather S. Kim | jlennon@devlinlawfirm.com |
| Jack Shaw | |
| ThucMinh Nguyen | *Attorneys for Plaintiff* |
| KASOWITZ BENSON TORRES LLP | *WSOU Investments, LLC d/b/a* |
| 333 Twin Dolphin Drive, Suite 200 | *Brazos Licensing and Development* |
| Redwood Shores, California 94065 | |
| (650) 453-5170 | |
| jwaldrop@kasowitz.com | |
| djones@kasowitz.com | |
| mbarber@kasowitz.com | |
| jdowning@kasowitz.com | |
| hkim@kasowitz.com | |
| jshaw@kasowitz.com | |
| tnguyen@kasowitz.com | |
| | |
| Paul G. Williams | |
| KASOWITZ BENSON TORRES LLP | |
| 1230 Peachtree Street N.E., Suite 2445 | |
| Atlanta, Georgia 30309 | |
| (404) 260-6080 | |
| pwilliams@kasowitz.com | |
| Shelly Ivan | |
| KASOWITZ BENSON TORRES LLP | |
| 1633 Broadway | |
| New York, New York 10019 | |
| (212) 506-1835 | |
| sivan@kasowitz.com | |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, ThucMinh Nguyen, Jack Shaw, Paul G. Williams, and Shelley Ivan is GRANTED.

Date: _____, 2021

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California, Georgia, Virginia, New York, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  July 30, 2021      */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170
jwaldrop@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California, Georgia, and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 30, 2021                        */s/ Darcy L. Jones*
                                                                              Darcy L. Jones
                                                                              KASOWITZ BENSON TORRES LLP
                                                                              333 Twin Dolphin Drive, Suite 200
                                                                              Redwood Shores, California 94065
                                                                              (650) 453-5170
                                                                              djones@kasowitz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California, Georgia, and South Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  July 30, 2021   */s/ Marcus A. Barber*
Marcus A. Barber
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170
mbarber@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California and Arizona, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 30, 2021  */s/ John W. Downing*
John W. Downing
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170
jdowning@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  July 30, 2021        */s/ Heather S. Kim*
　　　　　　　　　　　　　　Heather S. Kim
　　　　　　　　　　　　　　KASOWITZ BENSON TORRES LLP
　　　　　　　　　　　　　　333 Twin Dolphin Drive, Suite 200
　　　　　　　　　　　　　　Redwood Shores, California 94065
　　　　　　　　　　　　　　(650) 453-5170
　　　　　　　　　　　　　　hkim@kasowitz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  July 30, 2021                             */s/ ThucMinh Nguyen*
                                                                ThucMinh Nguyen
                                                                KASOWITZ BENSON TORRES LLP
                                                                333 Twin Dolphin Drive, Suite 200
                                                                Redwood Shores, California 94065
                                                                (650) 453-5170
                                                                tnguyen@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  July 30, 2021         */s/ Jack Shaw*
                              Jack Shaw
                              KASOWITZ BENSON TORRES LLP
                              333 Twin Dolphin Drive, Suite 200
                              Redwood Shores, California 94065
                              (650) 453-5170
                              jshaw@kasowitz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  July 30, 2021  */s/ Paul G. Williams*
Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
(404) 260-6080
pwilliams@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 30, 2021         */s/ Shelley Ivan*
                              Shelley Ivan
                              KASOWITZ BENSON TORRES LLP
                              1633 Broadway
                              New York, New York 10019
                              (212) 506-1835
                              sivan@kasowitz.com