IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>NETGEAR, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 21-1117 (MN) |

**<u>DEFENDANT NETGEAR, INC.'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant NETGEAR, INC. ("NETGEAR") hereby states as follows:

    1.    NETGEAR has no parent corporation, and

    2.    BlackRock, Inc. is a publicly held corporation that owns 10% or more of NETGEAR's stock.

|  |  |
|---|---|
| OF COUNSEL: | Morris, Nichols, Arsht & Tunnell LLP |
|  | */s/ Jennifer Ying* |
| Amr O. Aly | |
| Jenner & Block LLP | Jack B. Blumenfeld (#1014) |
| 919 Third Avenue | Jennifer Ying (#5550) |
| New York, NY  10022 | 1201 North Market Street |
| (212) 891-1600 | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
| Lisa M. Schoedel | (302) 658-9200 |
| Yusuf Esat | jblumenfeld@morrisnichols.com |
| Mitchell L. Denti | jying@morrisnichols.com |
| Jenner & Block LLP | |
| 353 North Clark Street | *Attorneys for Defendant* |
| Chicago, IL  60654-3456 | |
| (312) 222-9350 | |

September 24, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jonathan K. Waldrop, Esquire<br>Darcy L. Jones, Esquire<br>Marcus A. Barber, Esquire<br>ThucMinh Nguyen, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>Jack Shaw, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Shelley Ivan, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Paul G. Williams, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, NE, Suite 2445 Atlanta, GA  30309<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

/s/ *Jennifer Ying*
_____
Jennifer Ying (#5550)