IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 21-1117 (MN) |
| NETGEAR, INC., | ) ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*__**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Amr O. Aly, Yusuf Esat, Lisa M. Schoedel and Mitchell L. Denti of JENNER & BLOCK LLP, to represent defendant NETGEAR, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant*

September 24, 2021

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Amr O. Aly, Yusuf Esat, Lisa M. Schoedel and Mitchell L. Denti is granted.

Dated: _____           _____

                                                                                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  September 23, 2021              */s/ Amr O. Aly*
                                                                Amr O. Aly
                                                                JENNER & BLOCK LLP
                                                                919 Third Avenue
                                                                 New York, NY  10022
                                                                (212) 891-1600

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  September 23, 2021              /s/ Yusuf Esat
                                       Yusuf Esat
                                       JENNER & BLOCK LLP
                                       353 North Clark Street
                                       Chicago, IL  60654-3456
                                       (312) 222-9350

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  September 23, 2021              */s/ Lisa M. Schoedel*
                                                                                        Lisa M. Schoedel
                                                                                        JENNER & BLOCK LLP
                                                                                        353 North Clark Street
                                                                                        Chicago, IL  60654-3456
                                                                                        (312) 222-9350

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  September 23, 2021          /s/ *Mitchell L. Denti*
                                                        Mitchell L. Denti
                                                        JENNER & BLOCK LLP
                                                        353 North Clark Street
                                                        Chicago, IL  60654-3456
                                                        (312) 222-9350

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan K. Waldrop, Esquire<br>Darcy L. Jones, Esquire<br>Marcus A. Barber, Esquire<br>ThucMinh Nguyen, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>Jack Shaw, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Shelley Ivan, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul G. Williams, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, NE, Suite 2445 Atlanta, GA  30309<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)