## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:21-01117-MN-CJB C.A. No. 1:21-01119-MN-CJB |
| v. | ) ) | C.A. No. 1:21-01120-MN-CJB |
| NETGEAR, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Jack Shaw of Kasowitz Benson

Torres LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065

hereby withdraws his appearance as counsel for Plaintiff WSOU Investments, LLC

("WSOU").  All other attorneys involved in the case from Kasowitz Benson Torres

LLP and Devlin Law Firm LLC will continue to represent Plaintiff.


Dated: December 9, 2021

                                    **DEVLIN LAW FIRM LLC**

OF COUNSEL:                         */s/ Peter A. Mazur*
                                    James M. Lennon (No. 4570)
Jonathan K. Waldrop                 Peter A. Mazur (No. 6732)
Darcy L. Jones                      1526 Gilpin Avenue
Marcus A. Barber                    Wilmington, DE 19806
ThucMinh Nguyen                     (302) 449-9010
John W. Downing                     jlennon@devlinlawfirm.com
Heather S. Kim                      pmazur@devlinlawfirm.com
KASOWITZ BENSON TORRES LLP

333 Twin Dolphin Drive, Suite 200      *Attorneys for Plaintiff*
Redwood Shores, CA 94065               *WSOU Investments LLC d/b/a*
(650) 453-5170                         *Brazos Licensing and Development*

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, GA 30309
(404) 260-6080