# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | )<br>)<br>)<br>) |
| Plaintiff, | ) C.A. No. 21-1117-MN-CJB<br>) C.A. No. 21-1119-MN-CJB |
| v. | ) C.A. No. 21-1120-MN-CJB<br>) |
| NETGEAR, INC., | ) **JURY TRIAL DEMANDED**<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 9, 2021, copies of *Plaintiff WSOU Investments, LLC D/B/A Brazos Licensing And Development's Disclosures Pursuant To Paragraph 3 Of Default Standard For Discovery, Including Discovery Of Electronically Stored Information ("ESI").* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600
AAly@jenner.com

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
LSchoedel@jenner.com
YEsat@jenner.com
MDenti@jenner.com

| | |
|---|---|
| Dated: December 10, 2021 | DEVLIN LAW FIRM LLC |
| | |
| | */s/ James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570) |
| | 1526 Gilpin Avenue |
| Jonathan K. Waldrop | Wilmington, DE 19806 |
| Darcy L. Jones | (302) 449-9010 |
| Marcus A. Barber | jlennon@devlinlawfirm.com |
| ThucMinh Nguyen | |
| John W. Downing | *Attorneys for Plaintiff* |
| Heather S. Kim | *WSOU Investments LLC d/b/a* |
| Jack Shaw | *Brazos Licensing and Development* |
| KASOWITZ BENSON TORRES LLP | |
| 333 Twin Dolphin Drive, Suite 200 | |
| Redwood Shores, CA 94065 | |
| (650) 453-5170 | |
| jwaldrop@kasowitz.com | |
| djones@kasowitz.com | |
| mbarber@kasowitz.com | |
| tnguyen@kasowitz.com | |
| jdowning@kasowitz.com | |
| hkim@kasowitz.com | |
| jshaw@kasowitz.com | |

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080
pwilliams@kasowitz.com

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
sivan@kasowitz.com