IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NETGEAR, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>) C.A. No. 1:21-1117-MN-CJB<br>) C.A. No. 1:21-1119-MN-CJB<br>) C.A. No. 1:21-1120-MN-CJB<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant NETGEAR, Inc. ("Defendant"), subject to the approval of the Court, that the following Scheduling Order deadlines be extended as follows:

| **Event** | **Deadline Under Scheduling Order (D.I. 17)** | **Extended Deadline** |
|---|---|---|
| Plaintiff to identify accused products, identify damages model, produce file histories (D.I. 17, ¶ 7a) | December 16, 2021 | December 23, 2021 |
| Defendant to produce core technical documents and sales figures for the accused products (D.I. 17, ¶ 7b) | January 6, 2022 | January 13, 2022 |

Dated: December 15, 2021

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | /s/ Jennifer Ying |
| /s/ Peter Akawie Mazur | Jack B. Blumenfeld (#1014) |
| James M. Lennon (No. 4570) | Jennifer Ying (#5550) |
| Peter Akawie Mazur (No. 6732) | 1201 North Market Street |
| 1526 Gilpin Avenue | P.O. Box 1347 |

<div style="column: left">

Wilmington, DE 19806
(302) 440-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
(404) 260-6080

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

</div>

<div style="column: right">

Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

OF COUNSEL:

Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350

*Attorneys for Defendant NETGEAR, Inc.*

</div>

SO ORDERED this ___ day of December, 2021.

_____
United States Magistrate Judge