# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>NETGEAR, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 1:21-1117-MN-CJB<br>)  C.A. No. 1:21-1119-MN-CJB<br>)  C.A. No. 1:21-1120-MN-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant NETGEAR, Inc. ("Defendant"), subject to the approval of the Court, that the deadline for Defendant to produce sales figures for the accused products pursuant to Paragraph 7(b) of the Scheduling Order (*see, e.g.,* C.A. No. 21-1117, D.I. 17) is hereby extended to January 31, 2022.

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Peter Akawie Mazur* | */s/ Jennifer Ying* |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| Peter Akawie Mazur (No. 6732) | Jennifer Ying (#5550) |
| 1526 Gilpin Avenue | 1201 North Market Street |
| Wilmington, DE 19806 | P.O. Box 1347 |
| (302) 440-9010 | Wilmington, DE 19899 |
| jlennon@devlinlawfirm.com | (302) 658-9200 |
| pmazur@devlinlawfirm.com | jblumenfeld@morrisnichols.com |
| | jying@morrisnichols.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Jonathan K. Waldrop | |
| Darcy L. Jones | Amr O. Aly |
| Marcus A. Barber | JENNER & BLOCK LLP |
| John W. Downing | 919 Third Avenue |
| Heather S. Kim | New York, NY 10022 |
| ThucMinh Nguyen | (212) 891-1600 |

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>(650) 453-5170<br><br>Shelley Ivan<br>Hershy Stern<br>Joshua A. Whitehill<br>Howard L. Bressler<br>Bradley P. Lerman<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br><br>Paul G. Williams<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, GA 30309<br>(404) 260-6080<br><br>*Attorneys for Plaintiff*<br>*WSOU Investments, LLC d/b/a*<br>*Brazos Licensing and Development* | Lisa M. Schoedel<br>Yusuf Esat<br>Mitchell L. Denti<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br><br>*Attorneys for Defendant NETGEAR, Inc.* |

January 11, 2022

SO ORDERED this ___ day of January, 2022.

_____
United States Magistrate Judge