**EXHIBIT C**

| | |
|---|---|
| **From:** | Schoedel, Lisa M. <LSchoedel@jenner.com> on behalf of Schoedel, Lisa M. <LSchoedel@jenner.com> |
| **Sent:** | Thursday, February 10, 2022 5:46 PM |
| **To:** | John Downing <JDowning@kasowitz.com>; Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com> |
| **Cc:** | WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com> |
| **Subject:** | RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.) |

John,

Thank you for the clarification. We will investigate and send you native file overlays for the other documents that were produced with placeholders that say "UNABLE TO CONVERT."

Regards,
Lisa

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Thursday, February 10, 2022 3:57 PM
**To:** Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

External Email – Exercise Caution
David,

To clarify, the we understand that the issue identified below is widespread and applies to a significant number of the production. Are you planning on investigating and fixing the issue.  Please let us know by COB today.

Thanks,

John

John Downing
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5426
Fax. (650) 362-9430
JDowning@kasowitz.com

**From:** Nelson, David A. [mailto:DNelson@jenner.com]
**Sent:** Thursday, February 10, 2022 12:17 PM
**To:** Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

ALERT: THIS IS AN EXTERNAL EMAIL. Do not click on any link, enter a password, or open an attachment unless you know that the message came from a safe email address. Any uncertainty or suspicion should be immediately reported to the Helpdesk.

**WSOU Investments, LLC v. Netgear, Inc.**, 21-cv-1117, -1119, -1120 (D. Del.)

Nekita:

I will be forwarding to you an overlay production containing the eight native files requested below.  The transmission will come from our KiteWorks file transfer site.

Once downloaded, the password to access the encrypted .zip file is
z9-@_M_Ad5p5p7Lq


**From:** Nekita A. Washington <NWashington@kasowitz.com>
**Sent:** Tuesday, February 8, 2022 6:04 PM
**To:** Aly, Amr O. <AAly@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Denti, Mitchell L. <MDenti@jenner.com>; Nelson, David A. <DNelson@jenner.com>; Ying, Jennifer <jying@morrisnichols.com>; Esat, Yusuf <YEsat@jenner.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>
**Subject:** WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

External Email – Exercise Caution
Counsel,
In reviewing Netgear's document productions we have discovered several files that appear to be either system files or corrupt files.  These files were produced with placeholders that say "UNABLE TO CONVERT."  These files were also not accompanied by native files.

Please see a few bates numbers listed below for examples and a screenshot of the placeholder for reference, but the issue appears widespread.

NET0000426
NET0000428
NET0000430
NET0001024
NET0001025
NET0001026
NET0001027
NET0001335

UNABLE TO CONVERT

NET0000426

Please provide a corrected production without delay.

Regards,
Nekita


Nekita A. Washington
Case Manager
Kasowitz Benson Torres LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, Georgia 30309
Tel.  (404) 260-6111
Fax. (404) 393-0473
NWashington@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**David A. Nelson**

Senior Paralegal

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 840 7819 | TEL
+1 312 771 7387 | MOBILE
+1 312 527 0484 | FAX
DNelson@jenner.com
Download V-Card

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.