**EXHIBIT E**

| | |
|---|---|
| **From:** | Schoedel, Lisa M. <LSchoedel@jenner.com> on behalf of Schoedel, Lisa M. <LSchoedel@jenner.com> |
| **Sent:** | Wednesday, April 6, 2022 3:43 PM |
| **To:** | Noah P. Dorman <NDorman@kasowitz.com>; John Downing <JDowning@kasowitz.com>; Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com> |
| **Cc:** | WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com> |
| **Subject:** | RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.) |

Hi Noah,

We did an initial investigation into the three points that you made below and have some questions.

1. The binary code extension files are firmware files that cannot be produced in a readable format, which is why they were natively produced. Are you trying to download the files on a device and finding that you cannot do so because they are encrypted? If so, have you tried downloading them from NETGEAR's technical support webpage? If not, please provide an explanation of the encryption you are encountering.
2. We are not sure what you mean by "IMAGES" folder. When we sent WSOU the overlay productions, we did not include an IMAGES folder. Can you send us your list of missing documents?
3. For the PDF files, all of which should be readable, you should be able to find both public and non-public documents. NET0001211 and NET0001806 are not PDF files, but are updater scripts that were collected and produced per my explanation below. For example, the pathname for NET0001806 provides that this file can be found on NETGEAR's technical support webpage for LBR20. NET0002006 is also not a PDF file. It is a .p file, also found on NETGEAR's technical support webpage for LBR20. This is another file type that cannot be produced in a readable format and was natively produced. The documents with slip sheets that say "Unable to Convert" were replaced with native files. Are you able to locate the technical documents designated confidential? For the files with slip sheets that say "Unable to Convert" are you able to download the native files? Can you send us a list of the products you have not found any documentation for?

We will continue our investigation upon receipt of further information.

Regards,
Lisa

**From:** Noah P. Dorman <NDorman@kasowitz.com>
**Sent:** Tuesday, April 5, 2022 4:58 PM
**To:** Schoedel, Lisa M. <LSchoedel@jenner.com>; John Downing <JDowning@kasowitz.com>; Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

**External Email – Do Not Click Links or Attachments Unless You Know They Are Safe**

Counsel,

There are several deficiencies in the production:

1. The binary code extension files have encryption that prevents us from accessing the files. Please reproduce the files in a readable format.
2. The "IMAGES" folder does not include all the documents listed in the excel production document

3. "NET_Production_Docs". There are close to 150 missing documents.
   - The readable PDF files include only publicly available product documentations, datasheets, brochures, and other marketing materials for a few of the identified accused products.
     - Some of the source code files that are interpretable contain source code used to apply patches and updates to the already existing firmware. E.g., NET0001211.pdf, NET0001806.pdf etc.
     - Several PDF files only mention the words "UNABLE TO CONVERT" as can be seen in exemplary document NET0002006.pdf.

Please update your production to correct these deficiencies. Otherwise, we will need to bring this issue before the court.

Regards,

Noah


Noah P. Dorman
Admitted Only in DC
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 542-4742
Fax. (212) 500-3562
NDorman@kasowitz.com

**From:** Schoedel, Lisa M. <LSchoedel@jenner.com>
**Sent:** Tuesday, March 15, 2022 4:09 PM
**To:** John Downing <JDowning@kasowitz.com>; Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

John,

We are happy to hear that your building's fire alarm was a false alarm and everyone is ok.

I can confirm the Bates ranges you listed below, which includes the files listed on WSOU's spreadsheet. Most of these documents were collected from NETGEAR's technical support webpage: https://www.netgear.com/support/download/. For example, the first document on WSOU's spreadsheet is CAX80-V2.1.1.4.bin. If you go to NETGEAR's product support webpage and type CAX80 into the search box, you will see a list of documentation and a list of Firmware/Software for this product. If you then click on "Firmware Version 2.1.1.4 Release Notes," you will see a download link. If you click on that link, you will receive a folder that includes the file CAX80-V2.1.1.4.bin. This is the same file that NETGEAR produced with BATES number NET0000426.

When this document was produced in native format on February 10, 2022, it was produced with the following metadata:
- Custodian: Public
- Title: CAX80-V2.1.1.4.bin
- Path: \7512096 Patent\CAX80-V2.1.1.4.zip


This information identifies the relevant patent and product, provides the file type, and explains that the file is a publicly available document. The next file produced, NET0000427, provides the Release Notes for CAX80-V.1.1.4, which provides the webpage link above and informs the reader to refer to the user manual to update your product's firmware. The user manual for the CAX80 was produced at NET0000444. Chapter 6 of this manual has a section titled "Update the router firmware." This section explains that "[t]he modem router firmware (routing software) is stored in flash memory" and then explains how to upload the firmware to the router. This is the firmware that was produced in native format at NET000426.

Not all of the files in WSOU's spreadsheet include the product name, but the pathname metadata identifies how the files were

downloaded from https://www.netgear.com/support/download/. For example, NET0000956 has the title "mbn_sw.dig" and the pathname \7512096 Patent\LBR20_A05_to_A06_LTE_upgrade_package(US).zip\system\firmware\image\modem_pr\mcfg\configs\mcfg_sw." If you go to NETGEAR's product support webpage and type/select LBR20 and then select LTE Upgrade/Downgrade Package (Retail – US Only), you will see a download link for Upgrade package A05->A06 and upgrade instructions for LTE upgrade. If you select that link, you will download a zip file with the folder name of "LBR20_A05_to_A06_LTE_upgrade_package(US)." Within that folder, you will see four subfolders, one of which is labeled "system." If you open that folder, you will see the subfolder "firmware," and so on until you reach the file mbn_sw.dig, which was produced as NET0000956. Once again, this firmware was produced as a native file.

Additional documents relevant to the LBR20 that were downloaded from NETGEAR's product support webpage can be found at NET0000941-2148, 4358-4518 and the pathnames will guide you regarding where to find the files on NETGEAR's product support webpage. Chapter 8 of the LBR20 user manual (NET00004360) has a section titled "Update the firmware on the router" and chapter 11 has a section titled "Manually update satellite firmware."

We hope with this explanation, WSOU can understand why the files listed in WSOU's spreadsheet were produced as core technical documents in native format.

For documents having BATES numbers after NET00017581, approximately 500 documents include the product name in the pathname metadata and WSOU would have to compare the product name to its list of asserted products to identify which patent is relevant. For example, there are two files that include LBR20 in the pathname (NET0021631-2). The remaining approximately 300 documents do not have pathname metadata and are relevant at least to the 24 products WSOU identified in its discovery requests served on November 29, 2021.

Regards,
Lisa

---

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Tuesday, March 15, 2022 12:32 AM
**To:** Schoedel, Lisa M. <LSchoedel@jenner.com>; Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

**External Email – Do Not Click** Links or Attachments Unless You Know They Are Safe

Counsel,

Apologies for the having to postpone the meet and confer. As you may have heard, the building fire alarm triggered and there was no planned fire alarm scheduled for today. Before I had to leave the call, I mentioned some questions regarding the core technical document production and Netgear was open to reviewing the questions.

- What core documents were produced as part of the core technical documents for each patent?

Based on the call, I understand that the following Bates ranges relate to each patent. Please let us know if this is accurate.

Netgear 1-7787 - 096 Patent
Netgear 7788-15538 – 630 Patent
Netgear 15539-17581 - 171 patent

- In what context were the core technical documents produced for each patent? Was Netgear able to open or view the files, and if so, what application was used? Are certain files meant to be placed together to work as a group under an application, or are they all individual files?

Regarding the second set of questions, we indicated that some of the core technical documents appear to be corrupt upon our inspection.  We received clarification indicating that the files were intended to be produced in native format in a subsequent production.  To this end, it would be helpful to confirm from Netgear that it is capable of viewing the files and how.

Regards,

John

---

**From:** Schoedel, Lisa M. [mailto:LSchoedel@jenner.com]
**Sent:** Thursday, February 10, 2022 2:46 PM
**To:** John Downing <JDowning@kasowitz.com>; Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

John,

Thank you for the clarification. We will investigate and send you native file overlays for the other documents that were produced with placeholders that say "UNABLE TO CONVERT."

Regards,
Lisa

---

**From:** John Downing <JDowning@kasowitz.com>
**Sent:** Thursday, February 10, 2022 3:57 PM
**To:** Nelson, David A. <DNelson@jenner.com>; Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** RE: WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

External Email – Exercise Caution
David,

To clarify, the we understand that the issue identified below is widespread and applies to a significant number of the production.  Are you planning on investigating and fixing the issue.  Please let us know by COB today.

Thanks,

John

John Downing
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5426
Fax. (650) 362-9430
JDowning@kasowitz.com

**From:** Nelson, David A. [mailto:DNelson@jenner.com]
**Sent:** Thursday, February 10, 2022 12:17 PM
**To:** Nekita A. Washington <NWashington@kasowitz.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras

<dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Ying, Jennifer <jying@morrisnichols.com>; Aly, Amr O. <AAly@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Esat, Yusuf <YEsat@jenner.com>; Denti, Mitchell L. <MDenti@jenner.com>
**Subject:** WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

---

**ALERT: THIS IS AN EXTERNAL EMAIL.** Do not click on any link, enter a password, or open an attachment unless you know that the message came from a safe email address. Any uncertainty or suspicion should be immediately reported to the Helpdesk.

---

***WSOU Investments, LLC v. Netgear, Inc.*, 21-cv-1117, -1119, -1120 (D. Del.)**

Nekita:

I will be forwarding to you an overlay production containing the eight native files requested below. The transmission will come from our KiteWorks file transfer site.

Once downloaded, the password to access the encrypted .zip file is
z9-@_M_Ad5p5p7Lq


**From:** Nekita A. Washington <NWashington@kasowitz.com>
**Sent:** Tuesday, February 8, 2022 6:04 PM
**To:** Aly, Amr O. <AAly@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Denti, Mitchell L. <MDenti@jenner.com>; Nelson, David A. <DNelson@jenner.com>; Ying, Jennifer <jying@morrisnichols.com>; Esat, Yusuf <YEsat@jenner.com>
**Cc:** WSOU v. NetGear (KASOWITZ) <WSOUvNetGear@kasowitz.com>; Jim Lennon <jlennon@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>
**Subject:** WSOU Investments, LLC v. Netgear, Inc., 21-cv-1117, -1119, -1120 (D. Del.)

External Email – Exercise Caution
Counsel,
In reviewing Netgear's document productions we have discovered several files that appear to be either system files or corrupt files. These files were produced with placeholders that say "UNABLE TO CONVERT." These files were also not accompanied by native files.

Please see a few bates numbers listed below for examples and a screenshot of the placeholder for reference, but the issue appears widespread.

NET0000426
NET0000428
NET0000430
NET0001024
NET0001025
NET0001026
NET0001027
NET0001335

UNABLE TO CONVERT

NET0000426

Please provide a corrected production without delay.

Regards,
Nekita


Nekita A. Washington
Case Manager
Kasowitz Benson Torres LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, Georgia 30309
Tel.  (404) 260-6111
Fax. (404) 393-0473
NWashington@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney–client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

---

# David A. Nelson

Senior Paralegal

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 840 7819 | TEL
+1 312 771 7387 | MOBILE
+1 312 527 0484 | FAX
DNelson@jenner.com
Download V-Card

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.