# EXHIBIT Q

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08441-DDP (VBKx) | Date | June 28, 2011 |
|---|---|---|---|
| Title | Nomadix, Inc. v. Hewlett-Packard Company, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   **PLAINTIFF'S MOTION TO COMPEL COMPLETE SOURCE CODE AT DEPOSITIONS**

The Court issued a Tentative Decision on June 21, 2011. Thereafter, both parties submitted on the Tentative Decision, and indicated they have reached an agreement. That agreement was communicated by e-mail to the Court's Clerk .

Based on the parties' agreement, the Court makes the following Order:

> Hewlett-Packard ("HP") will make a copy of the entire produced source code available at the deposition(s) of any relevant HP witnesses at the facility where the source code is maintained. The depositions will be conducted at that HP facility. Plaintiff will not be responsible to pay transportation costs or a per diem expense for the HP witness, including in the event an HP witness travels to the HP facility at which the deposition is held.

Based on the foregoing, Defendants' Motion is **GRANTED** in part and **DENIED** in part. The hearing is **VACATED**.

**IT IS SO ORDERED**.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | RH |