IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1117 (MN) (CJB) |
| | ) | C.A. No. 21-1119 (MN) (CJB) |
| v. | ) | C.A. No. 21-1120 (MN) (CJB) |
| | ) | |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *NETGEAR's Identification of Proposed Claim Constructions* were caused to be served on June 30, 2022, upon the following in the manner indicated:

James M. Lennon, Esquire                                    *VIA ELECTRONIC MAIL*
Peter Akawie Mazur, Esquire
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiff*

Jonathan K. Waldrop, Esquire                              *VIA ELECTRONIC MAIL*
Darcy L. Jones, Esquire
Marcus A. Barber, Esquire
ThucMinh Nguyen, Esquire
John W. Downing, Esquire
Heather S. Kim, Esquire
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

Shelley Ivan, Esquire                                          *VIA ELECTRONIC MAIL*
Noah P. Dorman, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY  10019
*Attorneys for Plaintiff*


Paul G. Williams, Esquire                                      *VIA ELECTRONIC MAIL*
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA  30309
*Attorneys for Plaintiff*


                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jennifer Ying*
                                      _____

OF COUNSEL:                                                    Jack B. Blumenfeld (#1014)
                                      Jennifer Ying (#5550)
Amr O. Aly                                                     1201 North Market Street
JENNER & BLOCK LLP                                             P.O. Box 1347
919 Third Avenue                                               Wilmington, DE  19899
New York, NY  10022                                            (302) 658-9200
(212) 891-1600                                                 jblumenfeld@morrisnichols.com
                                      jying@morrisnichols.com
Yusuf Esat
Lisa M. Schoedel                                               *Attorneys for Defendant*
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
(312) 222-9350


June 30, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 30, 2022, upon the following in the manner indicated:

James M. Lennon, Esquire                                          *VIA ELECTRONIC MAIL*
Peter Akawie Mazur, Esquire
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiff*

Jonathan K. Waldrop, Esquire                                    *VIA ELECTRONIC MAIL*
Darcy L. Jones, Esquire
Marcus A. Barber, Esquire
ThucMinh Nguyen, Esquire
John W. Downing, Esquire
Heather S. Kim, Esquire
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

Shelley Ivan, Esquire                                                 *VIA ELECTRONIC MAIL*
Noah P. Dorman, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY  10019
*Attorneys for Plaintiff*

Paul G. Williams, Esquire                                          *VIA ELECTRONIC MAIL*
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA  30309
*Attorneys for Plaintiff*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)