# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT, | ) <br> ) <br> ) <br> ) | |
| | ) | C.A. No. 1:21-1117-MN-CJB |
| Plaintiff, | ) | C.A. No. 1:21-1119-MN-CJB |
| | ) | C.A. No. 1:21-1120-MN-CJB |
| v. | ) | |
| | ) | |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff

WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant

NETGEAR, Inc. ("Defendant"), subject to the approval of the Court, that the deadline for the

parties to submit a joint status report regarding Plaintiff's Second 30(b)(6) Notice to Defendant

(*see* June 27, 2022 Tr. at 52:11-53:20) shall be extended from July 5, 2022 to July 7, 2022.

Dated: July 5, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ James M. Lennon* | */s/ Jennifer Ying* |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| Peter Akawie Mazur (No. 6732) | Jennifer Ying (#5550) |
| 1526 Gilpin Avenue | 1201 North Market Street |
| Wilmington, DE 19806 | P.O. Box 1347 |
| (302) 440-9010 | Wilmington, DE 19899 |
| jlennon@devlinlawfirm.com | (302) 658-9200 |
| pmazur@devlinlawfirm.com | jblumenfeld@morrisnichols.com |
| | jying@morrisnichols.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Jonathan K. Waldrop | |
| Darcy L. Jones | Amr O. Aly |
| Marcus A. Barber | JENNER & BLOCK LLP |
| John W. Downing | 919 Third Avenue |

Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170

Shelley Ivan
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
(404) 260-6080

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

New York, NY 10022
(212) 891-1600

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350

*Attorneys for Defendant NETGEAR, Inc.*

SO ORDERED this _____ day of July, 2022.

_____
United States Magistrate Judge