# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br> v.<br><br>NETGEAR, INC.,<br><br>    Defendant. | C.A. No. 1:21-cv-01117-MN-CJB<br>C.A. No. 1:21-cv-01119-MN-CJB<br>C.A. No. 1:21-cv-01120-MN-CJB |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Hershy Stern, Esquire, of Kasowitz Benson Torres LLP, to represent Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development in the above-captioned actions.

Dated: July 6, 2022

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
tnguyen@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments LLC d/b/a*
*Brazos Licensing and Development*

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080
pwilliams@kasowitz.com

Shelley Ivan
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
sivan@kasowitz.com
ndorman@kasowitz.com

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of

Hershey Stern, Esquire is GRANTED.

Date: _____, 2022

                                                           _____
                                                           United States Magistrate Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 6, 2022                           */s/ Hershy Stern*
                                              Hershy Stern
                                              KASOWITZ BENSON TORRES LLP
                                              1633 Broadway
                                              New York, New York 10019
                                              (212) 506-1700
                                              hstern@kasowitz.com