# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br>      Plaintiff, <br><br> v. <br><br> NETGEAR, INC., <br><br>      Defendant. | ) <br> ) <br> ) <br> )  C.A. No. 1:21-1117-MN-CJB <br> )  C.A. No. 1:21-1119-MN-CJB <br> )  C.A. No. 1:21-1120-MN-CJB <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant NETGEAR, Inc. ("Defendant"), subject to the approval of the Court, that:

1. The deadline for the parties to submit an Interim Status Report pursuant to paragraph 15 of the Scheduling Order (D.I. 17) shall be extended from July 7, 2022 to July 14, 2022; and

2. In their Interim Status Report, the parties shall also provide a status update regarding Plaintiff's Second Rule 30(b)(6) Notice (*see* C.A. No. 21-1117, D.I. 60).

Dated: July 7, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ James M. Lennon* <br> James M. Lennon (No. 4570) <br> Peter Akawie Mazur (No. 6732) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 440-9010 <br> jlennon@devlinlawfirm.com <br> pmazur@devlinlawfirm.com | */s/ Jennifer Ying* <br> Jack B. Blumenfeld (#1014) <br> Jennifer Ying (#5550) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jying@morrisnichols.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John W. Downing<br>Heather S. Kim<br>ThucMinh Nguyen<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>(650) 453-5170<br><br>Shelley Ivan<br>Noah P. Dorman<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br><br>Paul G. Williams<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, GA 30309<br>(404) 260-6080<br><br>*Attorneys for Plaintiff*<br>*WSOU Investments, LLC d/b/a*<br>*Brazos Licensing and Development* | Amr O. Aly<br>JENNER & BLOCK LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 891-1600<br><br>Lisa M. Schoedel<br>Yusuf Esat<br>Mitchell L. Denti<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br><br>*Attorneys for Defendant NETGEAR, Inc.* |

SO ORDERED this _____ day of July, 2022.

_____
United States Magistrate Judge