# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> NETGEAR, INC., <br><br> Defendant. | ) ) ) ) ) C.A. No. 1:21-1117-MN-CJB ) C.A. No. 1:21-1119-MN-CJB ) C.A. No. 1:21-1120-MN-CJB ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant NETGEAR, Inc. ("Defendant"), subject to the approval of the Court, that:

1. The deadline for the parties to submit an Interim Status Report pursuant to paragraph 15 of the Scheduling Order (D.I. 17) shall be extended from July 14, 2022 to July 22, 2022; and

2. In their Interim Status Report, the parties shall also provide a status update regarding Plaintiff's Second Rule 30(b)(6) Notice (*see* C.A. No. 21-1117, D.I. 60).

Dated: July 14, 2022

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ James M. Lennon* <br> James M. Lennon (No. 4570) <br> Peter Akawie Mazur (No. 6732) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 440-9010 <br> jlennon@devlinlawfirm.com <br> pmazur@devlinlawfirm.com | */s/ Jennifer Ying* <br> Jack B. Blumenfeld (#1014) <br> Jennifer Ying (#5550) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jying@morrisnichols.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| | |
| Jonathan K. Waldrop | Amr O. Aly |
| Darcy L. Jones | JENNER & BLOCK LLP |
| Marcus A. Barber | 919 Third Avenue |
| John W. Downing | New York, NY 10022 |
| Heather S. Kim | (212) 891-1600 |
| ThucMinh Nguyen | |
| KASOWITZ BENSON TORRES LLP | Lisa M. Schoedel |
| 333 Twin Dolphin Drive, Suite 200 | Yusuf Esat |
| Redwood Shores, CA 94065 | Mitchell L. Denti |
| (650) 453-5170 | JENNER & BLOCK LLP |
| | 353 North Clark Street |
| Shelley Ivan | Chicago, IL 60654-3456 |
| Hershy Stern | (312) 222-9350 |
| Noah P. Dorman | |
| KASOWITZ BENSON TORRES LLP | *Attorneys for Defendant NETGEAR, Inc.* |
| 1633 Broadway | |
| New York, NY 10019 | |
| (212) 506-1700 | |

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
(404) 260-6080

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*


SO ORDERED this ____ day of July, 2022.


_____
United States Magistrate Judge