# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>  v.<br><br>NETGEAR, INC.,<br><br>        Defendant. | C.A. No. 1:21-cv-01117-MN-CJB<br>C.A. No. 1:21-cv-01119-MN-CJB<br>C.A. No. 1:21-cv-01120-MN-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 19, 2022, copies of *Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Notices of Subpoena and Deposition of Third Party:* (1) *Annapurna Labs;* (2) *Broadcom Corporation.;* (3) *Marvell Technology, Inc.;* (4) *MaxLinear, Inc.;* (5) *MediaTek;* and (6) *Qualcomm, Inc.* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Amr O. Aly
Laura E. Krawczyk
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600
AAly@jenner.com
LKrawczyk@jenner.com

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
LSchoedel@jenner.com
YEsat@jenner.com
MDenti@jenner.com

| | |
|---|---|
| Dated: July 21, 2022 | DEVLIN LAW FIRM LLC |
| | |
| OF COUNSEL: | */s/ James M. Lennon* |
| | James M. Lennon (No. 4570) |
| Jonathan K. Waldrop | 1526 Gilpin Avenue |
| Darcy L. Jones | Wilmington, DE 19806 |
| Marcus A. Barber | (302) 449-9010 |
| ThucMinh Nguyen | jlennon@devlinlawfirm.com |
| John W. Downing | |
| Heather S. Kim | *Attorneys for Plaintiff* |
| KASOWITZ BENSON TORRES LLP | *WSOU Investments LLC d/b/a* |
| 333 Twin Dolphin Drive, Suite 200 | *Brazos Licensing and Development* |
| Redwood Shores, CA 94065 | |
| (650) 453-5170 | |
| jwaldrop@kasowitz.com | |
| djones@kasowitz.com | |
| mbarber@kasowitz.com | |
| tnguyen@kasowitz.com | |
| jdowning@kasowitz.com | |
| hkim@kasowitz.com | |

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080
pwilliams@kasowitz.com

Hershy Stern
Shelley Ivan
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
hstern@kasowitz.com
sivan@kasowitz.com
ndorman@kasowitz.com