# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>        Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:21-1117-MN-CJB<br>C.A. No. 1:21-1119-MN-CJB<br>C.A. No. 1:21-1120-MN-CJB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant NETGEAR, Inc. ("Defendant"), subject to the approval of the Court, that:

1. The deadline for Plaintiff to serve its opening claim construction brief pursuant to paragraph 13 of the Scheduling Order (*see, e.g.,* C.A. No. 21-1117, D.I. 17) shall be extended from July 28, 2022 to August 4, 2022;

2. The deadline for Defendant to serve its answering claim construction brief pursuant to paragraph 13 of the Scheduling Order (*see, e.g.,* C.A. No. 21-1117, D.I. 17) shall be extended from August 25, 2022 to September 1, 2022; and

3. The parties agree that they will not seek any further extensions of the claim construction briefing schedule.

Dated: July 22, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ James M. Lennon | /s/Jennifer Ying |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| Peter Akawie Mazur (No. 6732) | Jennifer Ying (#5550) |
| 1526 Gilpin Avenue | 1201 North Market Street |
| Wilmington, DE 19806 | P.O. Box 1347 |
| (302) 440-9010 | Wilmington, DE 19899 |
| jlennon@devlinlawfirm.com | (302) 658-9200 |
| pmazur@devlinlawfirm.com | jblumenfeld@morrisnichols.com |
| | jying@morrisnichols.com |
| OF COUNSEL: | OF COUNSEL: |
| Jonathan K. Waldrop | Amr O. Aly |
| Darcy L. Jones | JENNER & BLOCK LLP |
| Marcus A. Barber | 919 Third Avenue |
| John W. Downing | New York, NY 10022 |
| Heather S. Kim | (212) 891-1600 |
| ThucMinh Nguyen | |
| KASOWITZ BENSON TORRES LLP | Lisa M. Schoedel |
| 333 Twin Dolphin Drive, Suite 200 | Yusuf Esat |
| Redwood Shores, CA 94065 | Mitchell L. Denti |
| (650) 453-5170 | JENNER & BLOCK LLP |
| | 353 North Clark Street |
| Shelley Ivan | Chicago, IL 60654-3456 |
| Hershy Stern | (312) 222-9350 |
| Noah P. Dorman | |
| KASOWITZ BENSON TORRES LLP | *Attorneys for Defendant NETGEAR, Inc.* |
| 1633 Broadway | |
| New York, NY 10019 | |
| (212) 506-1700 | |
| | |
| Paul G. Williams | |
| KASOWITZ BENSON TORRES LLP | |
| 1230 Peachtree Street N.E., Suite 2445 | |
| Atlanta, GA 30309 | |
| (404) 260-6080 | |
| | |
| *Attorneys for Plaintiff* | |
| *WSOU Investments, LLC d/b/a* | |
| *Brazos Licensing and Development* | |

SO ORDERED this _____ day of July, 2022.

_____
United States Magistrate Judge