# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JENNIFER YING**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

October 13, 2022

**VIA E-FILING**

The Honorable Christopher J. Burke
United States District Court
844 North King Street
Wilmington, DE 19801

      Re: *WSOU Investments, LLC v. NETGEAR, Inc.*
           C.A. Nos. 21-1117, 21-1119, 21-1120 (MN) (CJB)

Dear Judge Burke:

Pursuant to the Court's October 11, 2022 Oral Order, enclosed please find two paper copies of the demonstratives that defendant NETGEAR, Inc. may rely upon at the *Markman* hearing scheduled for October 14, 2022 at 11:00am ET.

Counsel is available should the Court have any questions.

                                  Respectfully,

                                  */s/*

                                  Jennifer Ying (#5550)

cc:    Clerk of the Court
        All Counsel of Record