# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>        Defendant. | Civil Action No. 1:21-01117-MN-CJB<br>Civil Action No. 1:21-01120-MN-CJB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant NETGEAR, Inc. ("Defendant"), subject to the approval of the Court, that:

1. The deadline for Plaintiff to file its opposition to Defendant's Motion to Stay Pending *Inter Partes* Review relating to the '096 patent (Case No. 1:21-cv-01117, D.I. 83, 84) shall be extended from October 24, 2022 to November 7, 2022;

2. The deadline for Plaintiff to file its opposition to Defendant's Motion to Stay Pending *Inter Partes* Review relating to the '630 patent (Case No. 1:21-cv-01120, D.I. 85, 86) shall be extended from November 2, 2022 to November 7, 2022;

3. Plaintiff will not seek any further extensions to file its oppositions to Defendant's motions to stay; and

4. Plaintiff will not use these extensions as grounds to oppose the stay requests (including fact that the extended deadline for Plaintiff's oppositions falls after the deadline for substantial completion of document production on November 3, 2022).

Dated: October 20, 2022

<table>
<tr><td>

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
Peter Akawie Mazur (No. 6732)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 440-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170

Shelley Ivan
Hershy Stern
Noah Dorman
Charles Naggar
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
(404) 260-6080

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

OF COUNSEL:

Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350

*Attorneys for Defendant NETGEAR, Inc.*

</td></tr>
</table>

SO ORDERED this __ day of October, 2022.

_____
United States Magistrate Judge