# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>     v.<br><br>NETGEAR, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 1:21-cv-1117-MN-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant NETGEAR, Inc. hereby stipulate, subject to the approval of the Court, that all claims brought by Plaintiff in this action are hereby dismissed with prejudice. The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 26, 2023

                                                                      Respectfully submitted,

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>Peter Akawie Mazur (No. 6732)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 440-9010<br>jlennon@devlinlawfirm.com<br>pmazur@devlinlawfirm.com | By: */s/ Jennifer Ying*<br>Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com |

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
(404) 260-6080

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

OF COUNSEL:

Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350

*Attorneys for Defendant*
*NETGEAR, Inc.*

SO ORDERED this 26th day of October 2023.

_____
The Honorable Maryellen Noreika
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 26th day of October, 2023, via the Court's CM/ECF system.

*/s/ James M. Lennon*
James M. Lennon
